IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, et al., | No. C-05-3114 MMC |
| Plaintiffs, | **ORDER SETTING ASIDE ORDER OF DISMISSAL** |
| v. | |
| AEROSEA CORPORATION, et al., | |
| Defendants / | |

Before the Court is plaintiffs' Ex Parte Application for Vacation of Order of Dismissal and Entry of Stipulated Judgment, filed March 24, 2006.

Good cause appearing, plaintiffs' application is hereby GRANTED, and the order of dismissal, filed March 3, 2006, is hereby SET ASIDE.[1]

**IT IS SO ORDERED.**

Dated: March 29, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court, by separate order, will enter judgment pursuant to the parties' stipulation.