```
 1  James P. Watson (SBN 046127)
    Bruce K. Leigh (SBN 129753)
 2  STANTON, KAY & WATSON, LLP
    101 New Montgomery, Fifth Floor
 3  San Francisco, CA  94105
    Telephone   (415) 512-3501
 4  Facsimile   (415) 512-3515
    Email:      JamesW@skwsf.com
 5
    Attorneys for Plaintiffs
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>  v.<br><br>AEROSEA CORPORATION, a California corporation; VIRGINIE MARIANNE WONG, an individual; and DENNIS ZEN KEONG HO, an individual,<br><br>        Defendants. | Case No.:  C-05-3114 MMC<br><br>ORDER APPROVING<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED by and between JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the LABORERS TRUST FUNDS FOR NORTHERN CALIFORNIA ("Plaintiffs") and AEROSEA CORPORATION, VIRGINIE MARIANNE WONG, and DENNIS ZEN KEONG HO ("Defendants") that Judgment may be entered in the within action against Defendants, and each of them, in the sum of $90,000.

///

-1-

STIPULATION FOR ENTRY OF JUDGMENT [CASE NO. C-05-3114 MMC]

**EXHIBIT A**

Said Judgment shall be fully dispositive of all claims in the within action.

Judgment may be entered in the form submitted simultaneously herewith, and shall relieve the parties and the Court of any obligation to move forward with the trial of the action. When the Judgment is satisfied, plaintiffs shall file a Satisfaction of Judgment with the Court.

IT IS SO STIPULATED:

DATED: 3-24, 2006              STANTON, KAY & WATSON, LLP

                               By /s/ James P. Watson
                               JAMES P. WATSON
                               Attorneys for Plaintiffs


DATED: _____, 2006          AEROSEA CORPORATION


                               By _____
                               Shannon L. Wyman
                               Attorneys for Defendants


IT IS SO ORDERED:

DATED: _____, 2006
                               _____
                               Honorable Maxine M. Chesney
                               United States District Judge

F:\CASES\7000\7000.1043 Aerosea\PLEADINGS\Stip for Entry of Jdgmt.doc

-2-
STIPULATION FOR ENTRY OF JUDGMENT [CASE NO. C-05-3114 MMC]

1  Said Judgment shall be fully dispositive of all claims in the within action.

2  Judgment may be entered in the form submitted simultaneously herewith, and shall relieve the parties and the Court of any obligation to move forward with the trial of the action. When the Judgment is satisfied, plaintiffs shall file a Satisfaction of Judgment with the Court.

IT IS SO STIPULATED:

DATED: _____, 2006        STANTON, KAY & WATSON, LLP


By_____
JAMES P. WATSON
Attorneys for Plaintiffs


DATED: __3-2__, 2006          AEROSEA CORPORATION


By_____
Shannon L. Wyman
Attorneys for Defendants


IT IS SO ORDERED:

DATED: __March 29__, 2006

_____
Honorable Maxine M. Chesney
United States District Judge

F:\CASES\7000\7000.1043 Acrosea\PLEADINGS\Stip for Entry of Jdgmt.doc

-2-
STIPULATION FOR ENTRY OF JUDGMENT [CASE NO. C-05-3114 MMC]