1  James P. Watson (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  STANTON, KAY & WATSON, LLP
   101 New Montgomery, Fifth Floor
3  San Francisco, CA  94105
   Telephone   (415) 512-3501
4  Facsimile    (415) 512-3515
   Email:        JamesW@skwsf.com
5
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 JOSE MORENO as CHAIRMAN and LARRY       Case No.:  C-05-3114 MMC
   TOTTEN as CO-CHAIRMAN of the BOARD OF
12 TRUSTEES FOR THE LABORERS HEALTH        ORDER APPROVING
   AND WELFARE TRUST FUND FOR              **STIPULATION FOR ENTRY OF**
13 NORTHERN CALIFORNIA; LABORERS           **JUDGMENT**
   VACATION-HOLIDAY TRUST FUND FOR
14 NORTHERN CALIFORNIA; LABORERS
   PENSION TRUST FUND FOR NORTHERN
15 CALIFORNIA; and LABORERS TRAINING
   AND RETRAINING TRUST FUND FOR
16 NORTHERN CALIFORNIA,

17         Plaintiffs,

18     v.

19 AEROSEA CORPORATION, a California
   corporation; VIRGINIE MARIANNE WONG, an
20 individual; and DENNIS ZEN KEONG HO, an
   individual,
21
           Defendants.
22

23     IT IS HEREBY STIPULATED by and between JOSE MORENO as CHAIRMAN and

24 LARRY TOTTEN as CO-CHAIRMAN of the LABORERS TRUST FUNDS FOR NORTHERN

25 CALIFORNIA ("Plaintiffs") and AEROSEA CORPORATION, VIRGINIE MARIANNE WONG,

26 and DENNIS ZEN KEONG HO ("Defendants") that Judgment may be entered in the within action

27 against Defendants, and each of them, in the sum of $90,000.

28 ///

-1-
STIPULATION FOR ENTRY OF JUDGMENT [CASE NO. C-05-3114 MMC]

**EXHIBIT A**

1     Said Judgment shall be fully dispositive of all claims in the within action.

2     Judgment may be entered in the form submitted simultaneously herewith, and shall relieve the parties and the Court of any obligation to move forward with the trial of the action. When the Judgment is satisfied, plaintiffs shall file a Satisfaction of Judgment with the Court.

IT IS SO STIPULATED:

DATED: 3-24, 2006      STANTON, KAY & WATSON, LLP

By _____
    JAMES P. WATSON
Attorneys for Plaintiffs


DATED: _____, 2006      AEROSEA CORPORATION


By _____
    Shannon L. Wyman
Attorneys for Defendants


IT IS SO ORDERED:

DATED: _____, 2006      _____
Honorable Maxine M. Chesney
United States District Judge

F:\CASES\7000\7000.1043 Aerosea\PLEADINGS\Stip for Entry of Jdgmt.doc

-2-
**STIPULATION FOR ENTRY OF JUDGMENT [CASE NO. C-05-3114 MMC]**

1  Said Judgment shall be fully dispositive of all claims in the within action.

2  Judgment may be entered in the form submitted simultaneously herewith, and shall relieve the parties and the Court of any obligation to move forward with the trial of the action. When the Judgment is satisfied, plaintiffs shall file a Satisfaction of Judgment with the Court.

IT IS SO STIPULATED:

DATED: _____, 2006        STANTON, KAY & WATSON, LLP


By_____
JAMES P. WATSON
Attorneys for Plaintiffs


DATED:  3-2 , 2006        AEROSEA CORPORATION


By_____
Shannon L. Wyman
Attorneys for Defendants


IT IS SO ORDERED:

DATED: March 29, 2006

_____
Honorable Maxine M. Chesney
United States District Judge

F:\CASES\7000\7000.1043 Acrosea\PLEADINGS\Stip for Entry of Jdgmt.doc

-2-
STIPULATION FOR ENTRY OF JUDGMENT (CASE NO. C-05-3114 MMC)