AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| James P. Watson, Esq. (SBN 046127)<br>STANTON, KAY @ WATSON, LLP<br>101 New Montgomery Street, Fifth Floor<br>San Francisco, California 94105<br>TELEPHONE NO.:    FAX NO.: (415) 512-3515<br>ATTORNEY FOR *(Name):* Plaintiffs Jose Moreno, et al. | FILED<br>2006 OCT 27 |

NAME OF COURT: United States District Court
STREET ADDRESS: 450 Golden Gate Ave., 16th Fl. #1111
MAILING ADDRESS: 450 Golden Gate Ave., 16th Fl. #1111
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District

PLAINTIFF: Jose Moreno, et al.

DEFENDANT: Aerosea Corporation, Marianne Wong, Dennis Zen Keong Ho

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT  [ ] ATTACHMENT (Third Person)<br>[X] Judgment Debtor  [ ] Third Person | C 05 3114 MMC (EMC) |

## ORDER TO APPEAR FOR EXAMINATION

1. TO *(name):* Dennis Ho
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: 12/7/06   Time: 9:00 AM   Dept. or Div.: C   Rm.: 15th Fl
Address of court [X] shown above [ ] is: 450 Golden Gate, SF, CA 94102

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name):*

Date: 10/27/06

_____
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
### IMPORTANT NOTICES ON REVERSE

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Judgment creditor  [ ] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name):* Dennis Ho   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [X] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: October 20, 2006

JAMES P. WATSON, ESQ.                    ▶ _James P. Watson_
(TYPE OR PRINT NAME)   (Continued on reverse)   (SIGNATURE OF DECLARANT)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment-Enforcement of Judgment)

Legal Solutions Plus

Code of Civil Procedure
§§ 491.110, 708.110, 708.120