James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
Email: jamesw@skwsf.com

Attorneys for Plaintiffs

**IT IS SO ORDERED**
Judge Maxine M. Chesney

Dated: February 6, 2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>AEROSEA CORPORATION, a California corporation; VIRGINIE MARIANNE WONG, an individual; and DENNIS ZEN KEONG HO, an individual,<br><br>Defendants. | Case No.: C-05-3114 MMC<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY**; ORDER THEREON |

Plaintiffs JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN

///

///

///

1  CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR
2  NORTHERN CALIFORNIA, hereby substitute as their attorney:

3        Ronald L. Richman, Esq. (SBN 139189)
          Bullivant Houser Bailey, P.C.
4        601 California Street, Suite 1800
          San Francisco, California 94108-2823
5        Telephone No.  (415) 352-2700
          Facsimile No.  (415) 352-2701
6        E-Mail:     Ron.Richman@bullivant.com

7  in place and instead of their current attorneys, James P. Watson, Bruce K. Leigh and Anne Bevington,
8  Stanton, Kay & Watson, LLP.

9  **NEW COUNSEL ACCEPTS THIS SUBSTITUTION:**

10  DATED: January 26, 2007       Ronald L. Richman
11                                                    BULLIVANT HOUSER BAILEY, P.C.

12                                                    By: _____
13                                                         Ronald L. Richman

14  **FORMER COUNSEL CONSENTS TO THIS SUBSTITUTION:**

15  DATED: January 5, 2007        James P. Watson
                                                    Bruce K. Leigh
16                                                      Anne Bevington
17                                                      STANTON, KAY & WATSON, LLP

18                                                       By: _____
19                                                         Anne Bevington

20  **PLAINTIFFS CONSENT TO THIS SUBSTITUTION:**

21  DATED: January 29, 2007       JOSE MORENO as CHAIRMAN and LARRY TOTTEN as
22                                                     CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE
                                                   LABORERS HEALTH AND WELFARE TRUST FUND FOR
23                                                     NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY
                                                   TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS
24                                                     PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and
                                                   LABORERS TRAINING AND RETRAINING TRUST FUND FOR
25                                                     NORTHERN CALIFORNIA

26                                                     By: _____
                                                   Name: Edward Smith
27                                                     Title: Fund manager
                                                   Authorized Representative
28

F:\CASES\7000\7000.1043 Aerosea\PLEADINGS\SUBSTITUTION OF ATTORNEY.doc

-2-

**NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-05-3114 MMC]**