AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Ronald L. Richman (SBN 139189); Joye Blanscett (SBN 191242) <br> BULLIVANT HOUSER BAILEY PC <br> 601 California St., Ste. 1800 <br> San Francisco, CA 94108 <br> TELEPHONE NO.: (415) 352-2700   FAX NO.: (415) 352-2701 <br> ATTORNEY FOR *(Name)*: Plaintiffs | |
| NAME OF COURT: United States District Court, Northern District of California <br> STREET ADDRESS: 450 Golden Gate Avenue <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: San Francisco, CA 94102 <br> BRANCH NAME: | |
| PLAINTIFF: Jose Moreno, et al. <br> DEFENDANT: Aerosea Corporation., et al. | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION** <br> ☒ ENFORCEMENT OF JUDGMENT    ☐ ATTACHMENT (Third Person) <br> ☒ Judgment Debtor    ☐ Third Person | CASE NUMBER: <br> C05-3114 MMC |

## ORDER TO APPEAR FOR EXAMINATION

1. TO *(name)*: Dennis Zen Keong Ho for Aerosea Corporation
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. ☒ furnish information to aid in enforcement of a money judgment against you.
   b. ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. ☐ answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: 3/28/07 | Time: 9:15 a.m. | Dept. or Div.: C | Rm.: Magistrate Judge Edward Chen |
|---|---|---|---|
| Address of court ☐ shown above ☐ is: | 450 Golden Gate Ave., 15th Fl., San Francisco, CA 94102 | | |

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name)*:

Date: 2/20/07

*(signature)*

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. ☒ Judgment creditor    ☐ Assignee of record    ☐ Plaintiff who has a right to attach order
   applies for an order requiring *(name)*: Dennis Zen Keong Ho for Aerosea Corporation   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. ☒ the judgment debtor.
   b. ☐ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. ☐ This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. ☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 15, 2007

Joye Blanscett

(TYPE OR PRINT NAME)    (SIGNATURE OF DECLARANT)

*(Continued on reverse)*

Form Adopted for Mandatory Use <br> Judicial Council of California <br> AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER <br> FOR APPEARANCE AND EXAMINATION <br> (Attachment-Enforcement of Judgment)**

Code of Civil Procedure, <br> §§ 491.110, 708.110, 708.120 <br> American LegalNet, Inc. <br> www.USCourtForms.com

# ATTACHMENT A

Debtor is further ordered to produce for inspection the following documents and things at the Appearance and Examination of Judgment Debtor Aerosea Corporation which are described as follows:

- All business and corporate checkbooks for any and all existing accounts including, but not limited to, bank accounts, credit union accounts, savings accounts, investment accounts;

- All bank statements including, but not limited to, bank accounts, credit union accounts, savings accounts, investment accounts showing the current balance in such accounts;

- All statements from any bank account, credit union account, savings account, investment account showing the current balance in such accounts;

- All accounting records identifying all business and corporate accounts and receivables;

- All documents of title identifying any real property owned in whole or in part by Aerosea Corporation or to which Aerosea Corporation has a future interest in;

- All promissory notes or other documents identifying monies due to Aerosea Corporation ;

- All documents identifying accounts, funds, monies, credits, receivables, interest, proceeds owing or belonging to Aerosea Corporation ;

- All documents identifying personal property, including, but not limited to, computers, office equipment, office furnishings, vehicles, boats owned in whole or in part by Aerosea Corporation ;

- All documents identifying any Money Judgments obtained by Aerosea Corporation to which Aerosea Corporation has collected or has a right to collect; and

- All documents identifying any liens that Aerosea Corporation has against any real or personal property or bank accounts, savings accounts and investment accounts.

- Federal corporate income tax returns for years 2001 though 2006.